John Kemper Jackson (#172544)
Law Offices of John K. Jackson
900 West Main Street
Visalia, CA 93291

Telephone: 559.713.1000
Facsimile: 559-713.1422

Attorney for Defendant
Adrian Arredondo Alvarado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ARREDONDO ALVARADO, ET.AL.,<br><br>Defendants. | Case No. 1:20-CR-00019 DAD - BAM<br><br>**STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER**<br><br>JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that pretrial release condition (7)(m) relating to Mr. Alvarado's Home Detention be modified to read as follows:

**CURFEW:** You are restricted to your residence every day from **9:00 p.m. to 6:00 a.m.**, or as adjusted by the Pretrial Service office for medical, religious services, employment or court-ordered obligations. All other conditions remain in full force and effect.

To date, Pretrial Services Officer Frank Guerrero reports Mr. Alvarado has been compliant with all his release conditions, this curfew would allow Mr. Alvarado more flexibility to better meet his ability to find work to support his family.

As to Alma Arredondo, by her signature, agrees to the new release conditions, and acknowledges that in no way does it change her responsibilities and the government's ability to forfeit the bond should the defendant violate the release conditions.

All other conditions remain in full force and effect.

Respectfully submitted,

McGregor W. Scott
United States Attorney

DATED: April 20, 2020         */s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff


Law Offices of John K. Jackson

DATED: April 20, 2020         */s/ John K. Jackson*
JOHN K. JACKSON
Attorney for Defendant
Adrian Arredondo Alvarado


DATED: April 20, 2020         *Alma Arredondo*
ALMA ARREDONDO

# O R D E R

**IT IS SO ORDERED** that pretrial release condition 7(m) be modified so the location monitoring component of supervision be as follows:

**CURFEW:** You are restricted to your residence every day from **9:00 p.m. to 6:00 a.m.**, or as adjusted by the Pretrial Service office for medical, religious services, employment or court-ordered obligations. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **April 22, 2020**              */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE