John Kemper Jackson (#172544)
Law Offices of John K. Jackson
900 West Main Street
Visalia, CA 93291

Telephone: 559.713.1000
Facsimile: 559-713.1422

Attorney for Defendant
Adrian Arredondo Alvarado

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ARREDONDO ALVARADO, ET.AL.,<br><br>Defendants. | Case No. 1:20-CR-00019 DAD - BAM<br><br>**STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that pretrial release condition (7)(m) relating to Mr. Alvarado's Home Detention be modified to read as follows:

**CURFEW:** You are restricted to your residence every day from **10:00 p.m. to 5:00 a.m.**, or as adjusted by the Pretrial Service office for medical, religious services, employment or court-ordered obligations. All other conditions remain in full force and effect.

To date, Pretrial Services Officer Anthony Perez reports Mr. Alvarado has been compliant with all his release conditions, this curfew would allow Mr. Alvarado more flexibility to better meet his ability to support his family.

/ / / /

/ / / /

All other conditions remain in full force and effect.

Respectfully submitted,

McGregor W. Scott
United States Attorney

DATED: June 15, 2021

*/s/ Katherine Schuh*
KATHERINE SCHUH
Assistant United States Attorney
Attorney for Plaintiff

Law Offices of John K. Jackson

DATED: June 15, 2021

*/s/ John K. Jackson*
JOHN K. JACKSON
Attorney for Defendant
Adrian Arredondo Alvarado

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition 7(m) be modified so the location monitoring component of supervision be as follows:

**CURFEW:** You are restricted to your residence every day from **10:00 p.m. to 5:00 a.m.**, or as adjusted by the Pretrial Service office for medical, religious services, employment or court-ordered obligations. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 16, 2021**

UNITED STATES MAGISTRATE JUDGE