1  John Kemper Jackson (#172544)
   Law Offices of John K. Jackson
2  900 West Main Street
   Visalia, CA 93291
3
   Telephone: 559.713.1000
4  Facsimile: 559-713.1422

5  Attorney for Defendant
   Adrian Arredondo Alvarado
6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   UNITED STATES OF AMERICA,           **Case No. 1:20-CR-00019 DAD - BAM**
11
                   Plaintiff,          **STIPULATION TO MODIFY TERM OF**
12                                     **PRETRIAL RELEASE; ORDER**
   vs.
13                                     JUDGE: Hon. Barbara A. McAuliffe
   ADRIAN ARREDONDO
14 ALVARADO, ET.AL.,

15              Defendants.

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18 respective counsel, that pretrial release condition (7)(m) relating to Mr. Alvarado's Home

19 Detention be modified to add the following language:

20     **CURFEW:** From August 19, 2021, at 5:00 a.m. until August 22, 2021, at 10:00 p.m., the

21 defendant is allowed to travel to the City of Ventura to visit with his mother. Both parties

22 recognize, agree and approve this travel will be unmonitored by Pretrial Services.

23     To date, Pretrial Services Officer Anthony Perez reports Mr. Alvarado has been

24 compliant with all his release conditions, this curfew would allow Mr. Alvarado to visit his

25 mother who lives in the City of Ventura.

26 / / / /

27 / / / /

28

All other conditions remain in full force and effect.

                                    Respectfully submitted,

                                    Phillip A. Talbert
                                    United States Attorney

DATED: August 3, 2021          */s/ Katherine Schuh*
                                    KATHERINE SCHUH
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    Law Offices of John K. Jackson

DATED: August 3, 2021          */s/ John K. Jackson*
                                    JOHN K. JACKSON
                                    Attorney for Defendant
                                    Adrian Arredondo Alvarado

## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition 7(m) be modified, specifically adding additional language, so the location monitoring component of supervision be as follows:

**CURFEW:** From August 19, 2021, at 5:00 a.m. until August 22, 2021, at 10:00 p.m., the defendant is allowed to travel to the City of Ventura to visit with his mother. Both parties recognize, agree, and approve this travel will be unmonitored by Pretrial Services.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **August 4, 2021**                                 

                                                          UNITED STATES MAGISTRATE JUDGE