John Kemper Jackson (#172544)
Law Offices of John K. Jackson
900 West Main Street
Visalia, CA 93291

Telephone: 559.713.1000
Facsimile: 559-713.1422

Attorney for Defendant
Adrian Arredondo Alvarado

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN ARREDONDO ALVARADO, ET.AL.,<br><br>　　　　Defendants. | **Case No. 1:20-CR-00019 DAD - SKO**<br><br>**STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER**<br><br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that pretrial release condition (7)(m) relating to Mr. Alvarado's Home Detention be modified to add the following language:

**CURFEW:** Defendant's curfew can be extended until 1 a.m. on November 26, 2021, so the defendant can be with family (who live one hour away) on Thanksgiving Day.

All other conditions remain in full force and effect.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Phillip A. Talbert
　　　　　　　　　　　　　　　　　　United States Attorney

DATED:  November 19, 2021　　　　*/s/ Katherine Schuh*
　　　　　　　　　　　　　　　　　　KATHERINE SCHUH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: November 19, 2021

Law Offices of John K. Jackson

*/s/ John K. Jackson*
JOHN K. JACKSON
Attorney for Defendant
Adrian Arredondo Alvarado

## O R D E R

**IT IS SO ORDERED** that pretrial release condition 7(m) be modified, specifically adding additional language, so the location monitoring component of supervision be as follows:

**CURFEW:** Defendant's curfew be extended until 1 a.m. on November 26, 2021, so the defendant can be with family (who live one hour away) on Thanksgiving Day.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 22, 2021**

UNITED STATES MAGISTRATE JUDGE