John Kemper Jackson (#172544)
Law Offices of John K. Jackson
900 West Main Street
Visalia, CA 93291

Telephone: 559.713.1000
Facsimile: 559-713.1422

Attorney for Defendant
Adrian Arredondo Alvarado

FILED

FEB 23 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ARREDONDO ALVARADO, ET.AL.,<br><br>Defendants. | Case No. 1:20-CR-00019 DAD - BAM<br><br>**STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER**<br><br>JUDGE: Hon. Erica Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that pretrial release condition (7)(m) relating to Mr. Alvarado's Home Detention be modified to add the following language:

**CURFEW:** From February 25, 2022, at 5:00 a.m. until March 1, 2022, at 10:00 p.m., the defendant is allowed to travel to the City of Ventura to visit with his mother. Both parties recognize, agree and approve this travel will be unmonitored by Pretrial Services.

To date, Pretrial Services Officer Frank Guerrero reports Mr. Alvarado has been compliant with all his release conditions, this curfew would allow Mr. Alvarado to visit his mother who lives in the City of Ventura and to take care of his personal affairs pending his likely resolution of this case.

/ / / /

/ / / /

All other conditions remain in full force and effect.

                                                Respectfully submitted,

                                                Phillip A. Talbert
                                                United States Attorney

DATED: February 22, 2022          /s/ KATHERINE SCHUH
                                                KATHERINE SCHUH
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                Law Offices of John K. Jackson

DATED: February 22, 2022          /s/ John K. Jackson
                                                JOHN K. JACKSON
                                                Attorney for Defendant
                                                Adrian Arredondo Alvarado

## ORDER

**IT IS SO ORDERED** that pretrial release condition 7(m) be modified, specifically adding additional language, so the location monitoring component of supervision be as follows:

**CURFEW:** From February 25, 2022, at 5:00 a.m. until March 1, 2022, at 10:00 p.m., the defendant is allowed to travel to the City of Ventura to visit with his mother. Both parties recognize, agree, and approve this travel will be unmonitored by Pretrial Services.

All other conditions remain in full force and effect.

DATED: February 23, 2022

                                                HON. ERICA GROSJEAN
                                                United States District Court Judge