VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 20-CR-00019-DAD |
| Plaintiff, ) | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| v. ) | |
| ADRIAN ARREDONDO ALVARADO, ) | |
| Defendant. ) | |

Defendant ADRIAN ARREDONDO ALVARADO by and through his attorney Victor Sherman, and the United States of America, by and through its attorney, Justin Gilio, Assistant United States Attorney, hereby stipulated to the joint request that the location-monitoring requirement be removed from the above-named defendant. Mr. Arredondo is currently working full-time at ABC Supply, which is a roofing company, which requires travel throughout the whole day from as far as Oakhurst, California to Bakersfield, California. The defendant's bond is presently secured by a property bond in the amount of $150,000, secured by his mother's residence and a $4,000 cash bond. The defendant has been in the Location Monitoring Program and on home detention since his release from custody on or about February 7, 2020. Since his release, besides working full-time, he has

1

successfully passed every single drug test and has not violated any other rules of pretrial release.  The current bail condition makes it difficult for the defendant to do his job as he is often asked by his employer to work at nights.  In addition, the defendant is unable to travel with his children on overnight sporting events or to participate with his family at specific school functions.

The supervising probation officer, Anthony Perez, has notified counsel that he has been in favor for some time in having the defendant's Location Monitoring requirement removed as the defendant has been performing extremely well.  The parties stipulate that all other conditions of bail remain the same.

Respectfully submitted,

Dated: May 23, 2022

/s/ Victor Sherman_____
VICTOR SHERMAN
Attorney for Defendant
Adrian Arredondo Alvarado

Dated: May 23, 2022

/s/ Justin Gilio             ____
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  __May 24, 2022__

UNITED STATES MAGISTRATE JUDGE