VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 20-CR-00019-ADA |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ADRIAN ARREDONDO ALVARADO, ) | |
| Defendant. ) | |

FOR GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Defendant Adrian Arredondo Alvarado's Change of Plea hearing be advanced from January 9, 2023, to December 19, 2022, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   November 2, 2022

_____
UNITED STATES DISTRICT JUDGE

1