VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (310) 399-3259
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN ARREDONDO ALVARADO,<br><br>　　　　　　　　Defendant. | Case No. 20-CR-00019-ADA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**Current Hearing Date:**<br>　May 22, 2023 at 8:30 a.m.<br><br>**Proposed Hearing Date:**<br>　September 25, 2023 at 8:30 a.m. |

　　　Defendant, Adrian Arredondo Alvarado, by and through his counsel of record, Victor Sherman, and Plaintiff United States of America, by and through its counsel of record, Justin J. Gilio, hereby stipulate that the sentencing currently scheduled May 22, 2023 be continued to September 25, 2023 at 8:30 a.m.

　　　The continuance is necessary and good cause exists because defendant requires additional time to complete the preparation of a Presentence Investigation Report.  This additional time is needed to adequately discuss the facts of the case including the recommendation of the probation department and defense counsel's trial schedule.

///

///

1

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | September 25, 2023 |
| Reply or Statement of Non-Opposition: | September 18, 2023 |
| Formal Objections to PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 4, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Disclosed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | Done |
| The draft Presentence Report shall be Disclosed to counsel no later than: | Done |

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for May 22, 2023, be continued to September 25, 2023, at 8:30 a.m.

Respectfully submitted,

Dated: May 5, 2023        By:    /s/ Victor Sherman
                                 VICTOR SHERMAN
                                 Attorney for Defendant

Dated: May 5, 2023               /s/ Justin J. Gilio
                                 JUSTIN J. GILIO
                                 Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   May 6, 2023          _____
                                 UNITED STATES DISTRICT JUDGE