VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (310) 399-3259
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN ARREDONDO ALVARADO,<br><br>　　　　　　　Defendant. | Case No. 20-CR-00019-ADA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**Current Hearing Date:**<br>September 25, 2023 at 8:30 a.m.<br><br>**Proposed Hearing Date:**<br>November 20, 2023 at 8:30 a.m. |

　　　　Defendant, Adrian Arredondo Alvarado, by and through his counsel of record, Victor Sherman, and Plaintiff United States of America, by and through its counsel of record, Justin J. Gilio, hereby stipulate that the sentencing currently scheduled September 25, 2023 be continued to November 20, 2023 at 8:30 a.m.

　　　　The continuance is necessary and good cause exists due to Yom Kippur which is on the current hearing date.  Additionally, due to defense counsel's trial schedule, counsel needs additional time to prepare defendant's Sentencing Memorandum.

///

///

///

///

1

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 20, 2023 |
| Reply or Statement of Non-Opposition: | November 13, 2023 |
| Formal Objections to PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 30, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Disclosed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | Done |
| The draft Presentence Report shall be Disclosed to counsel no later than: | Done |

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for September 25, 2023, be continued to November 20, 2023, at 8:30 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: August 28, 2023     By:

/s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: August 28, 2023

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   August 31, 2023

UNITED STATES DISTRICT JUDGE