VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (310) 399-3259
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-00019-ADA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | ) | |
| ADRIAN ARREDONDO ALVARADO, | ) | **Current Hearing Date:** December 11, 2023 at 8:30 a.m. |
| Defendant. | ) | **Proposed Hearing Date:** January 8, 2024 at 8:30 a.m. |

    Defendant, Adrian Arredondo Alvarado, by and through his counsel of record, Victor Sherman, and Plaintiff United States of America, by and through its counsel of record, Justin J. Gilio, hereby stipulate that the sentencing currently scheduled December 11, 2023 be continued to January 8, 2024 at 8:30 a.m.

    On October 6, 2023, on the Court's own motion the Sentencing Hearing was continued to December 11, 2023.  However due to defense counsel's vacation he is unavailable on that date.  Therefor a continuance is necessary and good cause exists due to defense counsel's pre-planned family vacation during the month of December.

///

///

///

1

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 8, 2024 |
| Reply or Statement of Non-Opposition: | December 18, 2023 |
| Formal Objections to PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 4, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Disclosed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no Later than: | Done |
| The draft Presentence Report shall be Disclosed to counsel no later than: | Done |

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for December 11, 2023, be continued to January 8, 2024 at 8:30 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 13, 2023        By:

/s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant

**IT IS SO STIPULATED**

| Dated: October 13, 2023 | /s/ Justin J. Gilio |
| | JUSTIN J. GILIO |
| | Assistant United States Attorney |

IT IS SO ORDERED.

Dated: ___October 18, 2023___    _____
UNITED STATES DISTRICT JUDGE

3