VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (310) 399-3259
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
ADRIAN ARREDONDO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN ARREDONDO ALVARADO,<br><br>Defendant. | Case No. 20-CR-00019-CRB-BAM<br><br>**STIPULATION TO CONTINUE SURRENDER DATE; ORDER** |

Defendant, Adrian Arredondo Alvarado, by and through his counsel of record, Victor Sherman, and Plaintiff United States of America, by and through its counsel of record, Justin J. Gilio, hereby stipulate that defendant's surrender date be continued from April 10, 2024 to July 8, 2024.

Defendant was sentenced on January 8, 2024 and was ordered to surrender on April 10, 2024 by 12:00 p.m.  However, defendant's oldest son is expected to graduate from High School in mid-June, 2024.  He also recently started his baseball season and would like to have his father present as he finishes his season, since he's

///

1

been playing this sport since he was five years old. Defendant's family is also working out the changes in their financial situation and he would like to have his family fully relocated before he is incarcerated. He would also like to spend his mother's birthday with her on July 4, as she is of old age and he is not sure if she will still be alive and well when he finishes his term in prison.

Therefore, defendant would like to request an extension of his surrender date to July 8, 2024 at 12 p.m. Counsel has communicated with Assistant United States Attorney, Justin Gilio who does not oppose the request.

Therefore, for the reasons set forth above, the parties agree that defendant's surrender date currently scheduled for April 10, 2024, be continued to July 8, 2024 at 12:00 p.m.

**IT IS SO STIPULATED**

Dated: February 28, 2024          By:  Respectfully submitted,

/s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: February 28, 2024          /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  **March 1, 2024**

UNITED STATES DISTRICT JUDGE