UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN ARREDONDO ALVARADO,<br><br>　　　　　Defendant. | Case No. CR 20-CR-00019-CRB-BAM<br><br>**ORDER TO EXONERATE CASH BOND AND DEED OF TRUST** |

　　　On January 8, 2024, the defendant, Adrian Arredondo Alvarado, was sentenced. Pursuant to Rule 46(g) of the Federal Rules of Criminal Mr. Arredondo Alvarado hereby moves the Court for an order exonerating the surety who posted the $4,000 cash bond. Ms. Arredondo posted bond on behalf of Mr. Arredondo Alvarado on January 23, 2020, receipt #CAE100044768. Furthermore, Ms. Arredondo also posted a property bond on February 7, 2020, in the amount of $150,000 secured by her residence at 12478 Edward Ave., Orosi, California 93647, (Copy of Deed of Trust #2020-0007671).

**ORDER**

　　　IT IS HEREBY ORDERED the Clerk of the Court shall exonerate the $4,000 cash bond plus accrued interest (receipt #CAE1000039859 posted by Alma Arredondo) be made payable and mailed to Alma Arredondo at 3131 Nevada Avenue, Oxnard, CA 93033. The property bond shall also be exonerated and the lien in the amount of $150,000 secured by the property at 12478 Edward Ave., Orosi, California 93647 (Copy of Deed of Trust #2020-0007671) be reconveyed.

　　　IT IS SO ORDERED.

DATED:　7/29/2024

　　　　　　　　　　　　　　　　　　　　　_Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge